UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

IN RE                                              CHAPTER 7

JEFFREY HAMBURG                      CASE NO. 09-21551

DEBTOR                                    AUGUST 22, 2009

## TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE

Bonnie C. Mangan, the Chapter 7 Trustee in the above captioned matter, hereby moves this Court for an Order dismissing the above captioned case.  In support of this motion the Trustee respectfully represents that:

1.      On or about June 9, 2009, the Debtor filed a voluntary protection petition pursuant to Chapter 7 of the Bankruptcy Code.

2.      A hearing pursuant to 11 U.S.C. Section 341 was scheduled for July 8, 2009.  Neither, the Debtor or counsel appeared and as a result the meeting was continued until July 31, 2009 at 11:00 a.m.

3.      Neither the Debtor nor Counsel appeared at the July 31, 2009 continued meeting.  As a result the meeting was continued until August 21, 2009 at 9:45 a.m.

4.      Neither the Debtor nor Counsel appeared at the August 21, 2009 continued meeting.  As a result the meeting was continued until September 4, 2009 at 10:00 a.m. pending the filing of this motion to dismiss.

WHEREFORE, the Trustee respectfully moves this Court to enter an order dismissing this case, due to the Debtor's failure to attend the 341 hearing.

Dated at South Windsor, Connecticut, this 22nd day of August, 2009.

Attorney Bonnie C. Mangan
Chapter 7 Trustee


___/s/ Bonnie C. Mangan__
Attorney Bonnie C. Mangan
CT 03759
The Law Office of Bonnie C. Mangan,
Westview Office Park
1050 Sullivan Avenue,
Suite A3
South Windsor, CT 06074
(860) 644-4204
e-mail:bonnie.mangan@manganlaw.com