UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

CHAPTER 7

IN RE

CASE NO. 09-21551

JEFFREY HAMBURG
            Debtor

ORDER VACATING ORDER FOR RELIEF
DISMISSING PETITION UNDER CHAPTER 7

An Order for Relief was entered in the above named case on June 9, 2009.

On September 24, 2009, a hearing was held on the motion of Bonnie C. Mangan, Chapter 7 Trustee, in the above named estate, to dismiss the above named case pursuant to 11 U.S.C. Section 707(a) or Section 305(a)(1) for failure of the above named debtor to appear at the Section 341 meeting of creditors, and the trustee having appeared and no one having appeared in opposition to her motion, it is:

Ordered:

1.      That the Order for Relief be set aside and vacated, and

2.      That the voluntary petition filed herein on June 9, 2009, be and the same hereby is dismissed.

Dated: September 24, 2009                              BY THE COURT

Albert S. Dabrowski
Chief United States Bankruptcy Judge